IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
January 20, 2021

| | |
|---|---|
| NATHAN SOMMER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-cv-00069-TWP-DML |
| VEHICLE SERVICE GROUP, LLC, | ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Nathan Sommer, by counsel, and the Defendant, Vehicle Service Group, LLC, by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Respectfully submitted,

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.

By:*/s/ Christopher K. Starkey (w/ permission)*
  Christopher K. Starkey
  406 S. Harrison Street
  Shelbyville, IN 46239
  Telephone: (317) 550-76008
  Email: *starkeyCK@msn.com*

Attorney for Plaintiff

By: */s/ Lucy B. Bednarek*
  Lucy B. Bednarek, Atty. No. 34968-49
  Andrew J. Maloney, Atty. No. 35302-32
  111 Monument Circle, Suite 4600
  Indianapolis, IN 46204
  Telephone: (317)916-1300
  Facsimile: (317)916-9076
  Email: *lucy.bednarek@ogletree.com*
      *andrew.maloney@ogletree.com*

Attorneys for Defendant

45423404.1